**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MARCUS HOPER, SR.,**

  *Plaintiff,*

v.                                                              **Case No.: 4:26cv108-MW/MJF**

**RON DESANTIS,** *et al.*,

  *Defendants.*

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation. ECF No. 3. Accordingly, upon consideration, no objections

having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this

Court's opinion. The Clerk shall **REMAND** this civil action to the Circuit Court of

the Second Judicial Circuit in and for Leon County, Florida, and close the file.

**SO ORDERED on April 16, 2026.**

                    **s/Mark E. Walker                              ____**
                    **United States District Judge**